UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-5631-GW-Ex | Date | October 10, 2023 |
|---|---|---|---|
| Title | *Theodore Parisienne v. Hornet Networks, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 9, 2023, Plaintiff Theodore Parisienne filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 45 days. The Court now sets an order to show re: settlement hearing for November 27, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on November 22, 2023.

| | : |
|---|---|
| Initials of Preparer | JG |